# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
September 08, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
July 27, 2022
Lyle W. Cayce
Clerk

No. 22-20284

MICHAEL G. PETERS,

*Plaintiff—Appellant,*

*versus*

HARRISON & DIETRICH, P.L.L.C.; WILLIAM E. HARRISON,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-1466

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 27, 2022, for want of prosecution. The appellant failed to timely pay the filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A True Copy
Certified order issued Jul 27, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 27, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 22-20284    Peters v. Harrison & Dietrich  
                            USDC No. 4:22-CV-1466

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Christina C. Rachal, Deputy Clerk  
                            504-310-7651

cc:  
    Mr. Michael G. Peters